UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TODD ALLEN TREMBLEY,<br><br>Defendant. | 2:25-MJ-84 |

# ORDER

During an initial appearance on May 5, 2025, Defendant requested court-appointed counsel, for which the Court determined he is financially qualified. Therefore, the Court appoints Jonathan Wood, Esq., a member in good standing with the CJA panel, to represent Defendant.

**SO ORDERED:**

/s/Cynthia Richardson Wyrick
United States Magistrate Judge