# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

## CERTIFICATE OF OFFICIAL COURT REPORTER
Arraignments, Pleas, and Sentencing Proceedings

I, *(print full name)* Karen J. Bradley, certify that I am a duly appointed Official Court Reporter for the United States district court named above, and that I was present in the courtroom of this court on *(date)* 10/08/2025. On this date during the regular course of my profession, I made electronic sound recording(s) of the proceedings, for the following cases:

| Name of Defendant | Docket Number | Nature of Proceeding *(Arraignment, plea, sentence)* |
|---|---|---|
| Alrid | 2:25-CR-27 | Sentence |
| Sims | 2:23-CR-128 | Sentence |
| Popp | 2:25-CR-26 | Plea |
| Carter | 2:25-CR-31 | Plea |

I have played back the recording and certify that it is a true and correct record of the proceedings, that it is sufficiently intelligible when played on *(machine or equipment – make and model or format)* Roland Wave/MP3, that it can be transcribed without undue difficulty, and that I have filed the original recording with the clerk of court.

I further certify that I have filed my original steno-notes, stenomask recordings, or other original records taken of these proceedings with the clerk as required by 28 USC § 753(b).

Date: 11/26/2025

S/Karen J. Bradley

*(Court Reporter's Signature)*

| Name of Defendant | Docket Number | Nature of Proceeding |
|---|---|---|
| | | *(Arraignment, plea, sentence)* |
| Trembley | 2:25-CR-63 | Plea |